**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No. 25-1691

Paulina Sebastian Perez

Petitioner

v.

Todd Blanche, Attorney General of the United States

Respondent

------------------------------

National Immigration Litigation Alliance

Amicus on Behalf of Petitioner

---

Petition for Review of an Order of the DHS Homeland Security
(A201-912-090)

---

**ORDER**

The motion of petitioner for an extension of time until November 18, 2026, to file a petition for rehearing is granted.

Electronically-filed petitions for rehearing must be received in the clerk's office on or before the due date.

The three-day mailing grace under Fed.R.App.P. 26(c) does not apply to petitions for rehearing.

October 08, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Susan E. Bindler